## KRISTOFER BASTEK ET AL. *v.* JAMES SCHULTZ
## (13912)

Dupont, C. J., and Schaller and Hennessy, Js.

Argued November 2—decision released November 28, 1995

*James Schultz,* pro se, the appellant (defendant).

*David W. Bastek*, pro se, the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.